# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOHN WAYNE SMITH | ) Case No: 3:05cr00226-001 |
| | ) USM No: 20280-058 |
| Date of Previous Judgment: March 22, 2006 | ) Matthew G. Pruden |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  No change in guideline calculations due to the application of the Career Offender guideline. In addition, the original sentence in this case was given outside the advisory guideline system, ie: a variance. No factors have changed since the original sentencing.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated March 22, 2006 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: July 24, 2008

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge